New York State Sewer Pipe Company, Appellant, v. Herbert D. G. Grey, Respondent, and Thacher Jones, Defendant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court erred in charging that if there was not a reasonable effort to secure the payment of the open account, made after it became due, that operated in legal effect as an extension of the time of payment thereof. All concurred.

Louisa Studier, Respondent, v. New York State Railways, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles E. Willett, Appellant, v. John W. Beard, Respondent.— Judgment and order affirmed, with costs. All concurred.

Christian Weyand Brewing Company, Respondent, v. Ellen J. McGuire, Appellant.— Judgment affirmed, with costs. All concurred.

Levi Hill, Appellant, v. Pilot Ribbon and Carbon Company, Respondent, Impleaded with Eli A. Goheen and Others.— Judgment reversed and new trial granted, with costs to the appellant to abide the event. The third finding of fact and all other findings to the effect that the bond and mortgage were without consideration, are disapproved. Held, that the evidence shows that there was a sufficient and adequate consideration for the mortgage, and while this court would be warranted in directing the usual judgment of foreclosure and sale, we think under the peculiar circumstances of this case it should be remitted to the County Court for its further action in accordance with this decision. All concurred.

Annie Adamson Schmul, Respondent, v. The Fayette Amusement Company, Inc., Appellant.— Judgment affirmed, with costs. All concurred.

John H. Prather, Respondent, v. Michael Barrett, Appellant.— Order reversed, with costs, and motion denied, with costs. Held, that the plaintiff did not make out a case to authorize the granting of a new trial on the ground of newly-discovered evidence in that he failed to show that he exercised due diligence in producing the testimony which he now claims is material. All concurred, Kruse, P. J., in result only.

Henry Roehrig, as Administrator, etc., Appellant, v. Charles M. Grampp, Respondent.— Judgment and order affirmed, with costs. All concurred.

Effie E. Chapman, Respondent, v. Genesee Reduction Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the plaintiff failed to prove by the weight of the evidence that garbage was spilled upon the walk or that she was in the exercise of due care. All concurred, except Kruse, P. J., and Foote, J., who dissented.

Adelbert Bowden, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order affirmed, with costs. All concurred.

Mary McMahon and Others, Respondents, v. Margaret Henkel and Others, Appellants.— Motion granted and appeal dismissed, including ten dollars costs of this motion.

Millard M. Crane, Respondent, v. Elmer W. Kelley, Appellant.— Motion to dismiss appeal granted, unless appellant be ready to argue appeal on March 28, 1916.